## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOSEPH STANLEY CRUMLICH,** | : | **NO. 1:CV-07-1888** |
| Plaintiff | : | |
| | : | |
| v. | : | Complaint filed 10/17/07 |
| | : | |
| **CLEVELAND BROTHERS** | : | Judge Conner |
| **EQUIPMENT COMPANY, INC.,** | : | |
| Defendant | : | **JURY TRIAL DEMANDED** |

## **STIPULATION**

And now comes McNees Wallace & Nurick on behalf of Defendant Cleveland Brothers Equipment Company, Inc. ("Cleveland Brothers") and makes the following stipulation:

1.    Defendant made a Rule 68 Offer of $38,000.00 without attorneys' fees to end this litigation.

2.    Plaintiff accepted Defendant's Rule 68 Offer.

3.    Under Rule 68 Plaintiff is entitled to attorneys' fees as part of the Rule 68 Offer.

4.    The parties have agreed that $30,000.00 is a reasonable attorneys' fee for Plaintiff.

5. Defendant hereby stipulates that it will make payment of $30.000.00 to Plaintiff's counsel forthwith.

6. Plaintiff concurs in this Stipulation.

7. The parties agree that Plaintiff will not be required to file a fee petition to enforce its right to attorneys' fees.

    McNEES WALLACE & NURICK LLC

    By   */s/ Schaun D. Henry*
        Schaun D. Henry
        I.D. No. 80597
        Richard L. Etter
        I.D. No. 92835
        100 Pine Street
        P. O. Box 1166
        Harrisburg, PA  17108-1166
        (717) 232-8000
        (717) 237-5300 (FAX)
    Attorneys for Defendant


    CLARK & KREVSKY, LLC

    By   */s/ Solomon Z. Krevsky*
        Solomon Z. Krevsky, Esq.
        I.D. No. 72719
        20 Erford Road, Suite 300A
        Lemoyne, PA 17043
        717) 731-8600
    Attorneys for Plaintiff

Dated:  May 16, 2008

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date, a true and correct copy of the foregoing document was served electronically by the Court upon the following:

> Solomon Z. Krevsky, Esq.
> Clark & Krevsky, LLC
> 20 Erford Road, Suite 300A
> Lemoyne, PA 17043
>
> Bruce J. Warshawsky, Esq.
> Cunningham & Chernicoff
> P.O. Box 60457
> Harrisburg, PA 17106

By  */s/ Schaun D. Henry*
       Schaun D. Henry

Dated:  May 16, 2008