# CLARK & KREVSKY, LLC

FRANK P. CLARK
FPC@Clark-Krevskylaw.com

SOLOMON Z. KREVSKY
SZK@Clark-Krevskylaw.com

P. O. BOX 1254
CAMP HILL, PA 17001-1254

(717) 731-8600
FAX (717) 731-4764

www.Clark-Krevskylaw.com

STREET ADDRESS:

20 ERFORD ROAD, STE 300A
LEMOYNE, PENNSYLVANIA 17043

November 10, 2011

The Honorable Christopher C. Conner
USDC Middle District of Pennsylvania
228 Walnut Street
P.O. Box 983
Harrisburg, PA 17108

Re:   Joseph Stanley Crumlich v Cleveland Brothers Equipment Co., Inc.
      Docket No. 1:07-CV-01888
      Our File No. 3289

Dear Judge Conner:

Judgment for Plaintiff in the above-referenced matter was entered by the Court on May 2, 2008. In connection with same, the parties filed a Stipulation for Payment of Attorneys Fees which was entered by the Court on May 16, 2008. I write at this time to inform the Court of satisfaction of judgment in the matters described above. Accordingly, please mark the judgment satisfied in full.

Very truly yours,

CLARK & KREVSKY, LLC

Solomon Z. Krevsky

SZK
cc:   Schaun D. Henry, Esquire
Electronically filed

EMPLOYMENT • EDUCATION • LITIGATION